UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROWN & BROWN, LLP, </br></br>Plaintiff, </br></br>v. </br></br>BARTON CRAIG, and LEFKOWITZ GARFINKEL, CHAMPI & DERIENZO, P.C., </br></br>Defendants. | CIVIL ACTION NO.: 05-11016-NMG |

### DEFENDANT LEFKOWITZ, GARFINKEL, CHAMPI & DERIENZO'S MOTION FOR *PRO HAC VICE* ADMISSION OF RICHARD W. MACADAMS

Pursuant to Federal Rules of Civil Procedure 7(b) and Local Rule 83.5.3(6), defendant Lefkowitz, Garfinkel, Champi & Derienzo, P.C. ("Defendant") hereby moves for the admission *pro hac vice* of Richard W. MacAdams, to permit Attorney MacAdams to appear and practice before this Court in the above-captioned matter. In support of this motion, and as further set forth in the Affidavit of Richard W. MacAdams, I, Robert M. Gault, Esq., the movant, state as follows:

1.   I am an attorney at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and am a member in good standing of the bar of the Commonwealth of Massachusetts, as well as the bar of the United States Supreme Court, the United States Court of Appeals for the First, Seventh and Ninth Circuits, and the United States District Courts for the District of Massachusetts and the Western District of Washington. I have appeared in the above-captioned case on behalf of the Defendant.

2. Submitted herewith is an Affidavit by Attorney MacAdams, which, to the best of my knowledge, is true.

3. Attorney MacAdams is a member in good standing of the Bars in all jurisdictions that he is admitted to practice, including the State of Rhode Island, the United States Court of Appeals for the First Circuit and the United States District Court for Rhode Island.

4. Attorney MacAdams is fully familiar with the claims and facts at issue in this litigation, and in particular with the defenses of the Defendants.

5. Attorney MacAdams is familiar with the rules of this Court, and agrees to abide by them.

WHEREFORE, we respectfully request that this Court admit Richard W. MacAdams to appear and practice before this Court in this matter.

Respectfully submitted,

LEFKOWITZ, GARFINKEL, CHAMPI &
DERIENZO, P.C.

By its attorneys,

_____
Robert M. Gault, BBO #187240
Mintz, Levin, Cohn, Ferris, Glovsky,
   and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: June 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2005, I caused the foregoing Motion for *Pro Hac Vice* Admission of Richard W. MacAdams and the accompanying Affidavit of Richard W. MacAdams to be served by first class mail upon counsel for Plaintiff Brown & Brown, LLP at the following address:

> Patrick J. Bannon, Esq.
> Gadsby Hannah LLP
> 225 Franklin Street
> Boston, MA 02110

I further certify that on this 20th day of June, 2005, I caused the foregoing Motion for *Pro Hac Vice* Admission of Richard W. MacAdams and the accompanying Affidavit of Richard W. MacAdams to be served by first class mail upon counsel for Defendant Barton Craig at the following address:

> Michael W. Carroll, Esq.
> 72 Pine Street
> Providence, Rhode Island 02903

Robert M. Gault, BBO# 187240

LIT 1522361v1