UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROWN & BROWN, LLP, </br></br>       Plaintiff, </br></br> v. </br></br> BARTON CRAIG, and LEFKOWITZ, GARFINKEL, CHAMPI & DERIENZO, P.C., </br></br>       Defendants. | CIVIL ACTION NO. 05-cv-11016-NMG |

## AFFIDAVIT OF RICHARD W. MACADAMS

Pursuant to Local Rule 83.5.3(b), I, Richard W. MacAdams, do depose and state as follows:

1.  I am an attorney at the law firm MacAdams & Wieck Incorporated in Providence, Rhode Island, which represents the defendant, Lefkowitz, Garkfinkel, Champi & DeRienzo, P.C. (the "Defendant"), in the above-captioned matter. I submit this affidavit in support of the Defendant Lefkowitz, Garkfinkel, Champi & DeRienzo's Motion for *Pro Hac Vice* Admission of Richard W. MacAdams.

2.  I am admitted to practice in the State of Rhode Island and am a member in good standing of the Rhode Island bar.

3.  I am also a member in good standing of the bar of the United States District Court for the Districts of Rhode Island and the Western District of Texas, the United States Court of Appeals for the First, Second, Ninth and Federal Circuits, and the United States Supreme Court.

4.   I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.   I am familiar with the facts and circumstances underlying the Defendant's defenses in the above-captioned matter.

7.   I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, and I intend to abide by those rules, to the best of my ability.

I certify under penalty of perjury that the foregoing is true and correct.

Richard W. MacAdams

Dated: June /6, 2005