UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROWN & BROWN, LLP,<br>　　　　　　Plaintiff,<br><br>and<br><br>BARTON CRAIG, LEFKOWITZ GARFINKEL,<br>CHAMPI & DERIENZO, P.C.,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　C. A. No. 05-11016-NMG<br>)<br>)<br>)<br>)<br>) |

## JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to the Court's June 7, 2005 Notice of Scheduling Conference and Local

Rule 16.1, the parties hereby submit this Joint Scheduling Conference Statement.

PROPOSED DISCOVERY PLAN

The parties jointly propose the following discovery plan:

1.    Initial disclosures pursuant to Rule 26(b) of the Federal Rules of Civil

Procedure to be exchanged by August 5, 2005.

2.    Document requests and interrogatories, if any, and responses thereto, to be

served on or before September 30, 2005.

3.    Depositions to be completed by November 30, 2005.

4.    Requests for admission, if any, and responses thereto, to be served on or

before December 31, 2005.

PROPOSED SCHEDULE FOR FILING OF MOTIONS

1.    Motions to dismiss and motions to amend to be filed on or before

September 30, 2005.

2.    Motions for summary judgment to be served and filed on or before February 28, 2006.

## PROPOSED PERIOD FOR MEDIATION

The parties plan to pursue mediation in or about December, 2005.

## TRIAL BY MAGISTRATE JUDGE

The parties do not, at this time, consent to a trial by a Magistrate Judge.

## CERTIFICATION

Counsel and an authorized representative of each party, hereby affirm that each party and that each party's counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Counsel for Brown & Brown, LLP


Patrick J. Bannon, Esq., BBO # 635523
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000
(e-mail: Pbannon@ghlaw.com)

Counsel for Barton Craig


Michael W. Carroll, Esq., BBO #563653
72 Pine Street
Providence, RI  02903
(401) 454-4900
(e-mail _____ )

Brown & Brown, LLP

By: _____
Name: MICHAEL L. BROWN
Title: PARTNER

_____
Barton Craig

Counsel for Lefkowitz, Garfinkel,
Champi
& Derienzo, P.C.

Robert M. Gault, Esq., BBO #187240
Mintz, Levin, Cohn, Ferris, Glovsky, &
Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000
(e-mail Rmgault@mintz.com)

Lefkowitz, Garfinkel, Champi
& Derienzo, P.C.

By:_____
    Name:
    Title:

B0418994v1

Counsel for Lefkowitz, Garfinkel,
Champi
& Derienzo, P.C.

_____

Robert M. Gault, Esq., BBO #187240
Mintz, Levin, Cohn, Ferris, Glovsky, &
Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000
(e-mail Rmgault@mintz.com)

Lefkowitz, Garfinkel, Champi
& Derienzo, P.C.

By: _____
Name: Richard J. DeRienzo
Title: Principal

3

B0418994v1