UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| BROWN & BROWN, LLP, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 05-cv-11016-NMG |
| v. | ) ) | |
| BARTON CRAIG, and LEFKOWITZ, GARFINKEL, CHAMPI & DERIENZO, P.C., | ) ) ) ) | |
| Defendants. | ) ) | |

## ERRATUM

Now comes Defendant Lefkowitz, Garfinkel, Champi & DeRienzo P.C**.** ("LGC&D) and files this *Erratum* to correct an error in said Defendant's *Memorandum In Support Of Motion To Amend Answer,* as well as the proposed *Amended Answer* previously filed with the Court on September 30, 2005.

Both the *Memorandum of Law*, and the proposed *Amended Answer* state that the proposed change to ¶33 of the *Amended Answer* would read:

"Defendant LGC&D became aware that Craig had an *Employment Agreement* with B&B in an e-mail to Barton Craig from Michael Brown dated on or about **December 5, 2005**. LGC&D did not receive a copy of said *Employment Agreement* until some time after that date. Defendant denies the remaining allegations contained in paragraph 33 of the Complaint."

The date of December 5, 2005 is a typographical error. The proposed change to ¶33 of the proposed *Amended Answer* should properly read:

"Defendant LGC&D became aware that Craig had an *Employment Agreement* with B&B in an e-mail to Barton Craig from Michael Brown dated on or about **December 5, 2004**. LGC&D did not receive a copy of said *Employment Agreement* until some time after that date. Defendant denies the remaining allegations contained in paragraph 33 of the Complaint."

LEFKOWITZ, GARFINKEL, CHAMPI &
DERIENZO, P.C.

By its Attorneys,


　　　/s/　　Dennis R. Gannon　　　　　/
DENNIS R. GANNON, BBO#184460
RICHARD W. MacADAMS, #1681
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI  02903
Telephone (401) 454-8700
Facsimile (401) 454-8755
Date: October 3, 2005


**CERTIFICATION**

　　I hereby certify that a true and accurate copy of the within was mailed to Patrick J. Bannon, Esq. and Berin Sultan Romagnolo, Esq., Gadsby Hannah LLP, 225 Franklin Street, Boston, MA 02110, and to Michael W. Carroll, Esq., 75 Pine Street, Providence, RI 02903 on this  3rd  day of October, 2005.


　　　/s/　　Dennis R. Gannon　　　　　/
DENNIS R. GANNON, BBO#184460


w:\lefkowitz\barton craig\pleadings\erratum.doc