UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |  |
|---|---|---|
| BROWN & BROWN, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-cv-11016-NMG |
| | ) | |
| BARTON CRAIG, LEFKOWITZ, GARFINKLE, CHAMPI & DERIENZO, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT LEFKOWITZ, GARFINKLE, CHAMPI & DERIENZO, P.C.'S MOTION TO AMEND ANSWER**

Plaintiff Brown & Brown, LLP ("Brown & Brown") does not to oppose Defendant Lefkowitz, Garfinkle, Champi & DeRienzo, P.C.'s ("LGC&D") September 28, 2005 Motion to Amend Answer.

By choosing not to oppose this motion, Brown & Brown does not concede the accuracy of the proposed amendment to LGC&D's Answer nor does Brown & Brown to waive its right to use LGC&D's original Answer at trial, or otherwise.

Respectfully submitted,
BROWN & BROWN, LLP
By its attorneys,

/s/ Patrick J. Bannon
Patrick J. Bannon, BBO # 635523
pbannon@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
Dated:  October 12, 2005         (617) 345-7000

B0433000v1

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the Plaintiff's Non-Opposition to Defendant Lefkowitz, Garfinkle, Champi & DeRienzo, P.C.'s Motion To Amend Answer, was served upon the attorney of record for each party by mail/by hand/**electronically**.

By:         /s/ Patrick J. Bannon

Date:         October 12, 2005