UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROWN & BROWN, LLP,<br><br>  Plaintiff,<br><br>v.<br><br>BARTON CRAIG, and LEFKOWITZ,<br>GARFINKEL, CHAMPI & DERIENZO,<br>P.C.,<br><br>  Defendants. | CIVIL ACTION NO. 05-cv-11016-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto assent to the dismissal with prejudice of the Complaint herein; each party shall bear his or its own costs and expenses.

BROWN & BROWN, LLP
By its Attorneys,

_____
Patrick J. Bannon, BBO #635523
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
Telephone: (617) 345-7000
Facsimile: (617) 204-8029
Dated: December 9, 2005

LEFKOWITZ, GARFINKEL, CHAMPI &
DERIENZO, P.C.
By its Attorneys,

_____
RICHARD W. MacADAMS
DENNIS R. GANNON, BBO#184460
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
Telephone: (401) 454-8700
Facsimile: (401) 454-8755
Date: 12/13/05

BARTON L. CRAIG
By His Attorneys,

_____
MICHAEL W. CARROLL, BBO #563653
75 Pine Street
Providence, RI 02903
Telephone: (401) 454-4900
Facsimile: (401) 454-4902

2